# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
NOV 17 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ANDRE GORDON,

    Plaintiff,

v.                      Case Number: 4:08cv124

PETE'S AUTO SERVICE OF DENBIGH, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the court finds that it does not have federal question jurisdiction in this case, and, thus, **DISMISSES** the plaintiff's cause of action against Pete's Auto. The court **DISMISSES** the plaintiff's claims against Pete's Auto Service of Denbigh, Inc. for lack of subject matter jurisdiction.

    November 17, 2009               FERNANDO GALINDO, CLERK
Date

                                                    By:    /s/
                                                    L. Howard, Deputy Clerk