

FILED
MAY 8 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

ANDRE GORDON,

    Plaintiff,

v.                                  Case No.: 4:08cv124

PETE'S AUTO SERVICE OF DENBIGH, INC.,

    Defendant.

**CONSENT JUDGMENT AND FINAL ORDER**

    This matter comes before the Court on the parties' joint request for entry of consent judgment. The plaintiff, Andre Gordon, and the defendant, Pete's Auto Service of Denbigh, Inc., both appearing by counsel, have asked this Court to enter a consent judgment consistent with their agreement, based upon certain stipulated facts. The Court has previously entered judgment in favor of the plaintiff with respect to the defendant's liability for common law conversion, for violation of Section 307(a) of the Servicemembers Civil Relief Act, and for reasonable attorney's fees pursuant to Section 802(b) of that same Act.

    The parties have stipulated to the following facts:

    1. The plaintiff is entitled to recover compensatory damages from this defendant in the amount of $29,181.07.

    2. The conduct of the defendant giving rise to the plaintiff's claims was willful and wanton.

3. The plaintiff is entitled to recover punitive damages from this defendant in the amount of $60,000.00.

4. The plaintiff is entitled to recover costs from this defendant, including reasonable attorney's fees in the amount of $55,000.00.

5. The defendant is entitled to a credit of $25,000.00 toward satisfaction of this consent judgment for the full amount previously paid to the plaintiff by other defendants in settlement of claims arising from the same property loss.

6. Satisfaction of this consent judgment settles any and all claims between these parties arising from the matters set forth in the pleadings of this case.

7. This consent judgment shall be deemed satisfied, and so marked, upon entry by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED, based on the foregoing stipulation of facts, that the plaintiff recover of the defendant the sum of Twenty-Nine Thousand One Hundred Eighty-One and 7/100 Dollars ($29,181.07) in compensatory damages, Sixty Thousand and no/100 Dollars ($60,000.00) in punitive damages, and his costs of action, including Fifty-Five Thousand and no/100 Dollars in reasonable attorney's fees.

IT IS FURTHER ORDERED that this consent judgment shall be deemed satisfied, and the Clerk shall so mark it in the docket.

This Court shall retain jurisdiction to enforce this consent judgment.

AGREED AND REQUESTED BY:

_____          _____
Rebecca S. Colaw, Esq.                  Richard H. Roston, Esq.
Counsel for the plaintiff               Counsel for the defendant


IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
May 8, 2012

- 3 -